IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY MURRAY,

     Plaintiff,

                                                  Case No.  19-cv-440-bbc

   v.

JOLINDA WATERMAN, SANDY
MCARDLE, MAXIM PHYSICIAN
RESOURCES, CO II MUMM,
CO II JOHNSON, LT. HULCE, NURSE
SKAIF AND CO SHEMEK,

     Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| | |
|---|---|
| /s/ | 9/9/2019 |
| Peter Oppeneer, Clerk of Court | Date |